NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-11-0000112
27-JAN-2012
11:14 AM**

NO. CAAP-11-0000112

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


E*TRADE BANK, Plaintiff-Appellee, v.
BRUCE CHADWICK, Defendant-Appellant,
BONNIE SUE CHADWICK, MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC., MOVADO GROUP, INC.,
PU'UNOA HOMEOWNERS ASSOCIATION, INC., JOHN DOES
1-10, JANE DOES 1-10, DOE PARTNERSHIPS 1-10,
DOE CORPORATIONS 1-10, DOE ENTITIES 1-10 and
DOE GOVERNMENTAL UNITS 1-10, Defendants-Appellees

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 09-1-0781(2))


ORDER DENYING MOTION FOR RECONSIDERATION
(By:  Foley, Presiding Judge, Leonard and Reifurth, JJ.)

Upon consideration of Defendant-Appellant Bruce Chadwick's January 26, 2012 Motion for Reconsideration of the Intermediate Court of Appeals' summary disposition order filed on January 19, 2012, and the records and files in this case,

IT IS HEREBY ORDERED that the motion is denied.

DATED:  Honolulu, Hawai'i, January 27, 2012.

On the motion:

Bruce Chadwick
Defendant-Appellant Pro Se

Presiding Judge

Associate Judge

Associate Judge